Joseph Wayne **STROOPS**, Appellant,

v.

**UNITED STATES of America,**
Appellee.

No. 21354.

United States Court of Appeals
Ninth Circuit.

Feb. 5, 1969.

Charles T. Bumer, San Diego, Cal. (argued), for Stroops.

J. Perry Langford (argued), of Langford, Langford & Lane, San Diego, Cal., for Davis.

Phillip Johnson (argued), Asst. U. S. Atty., Edwin L. Miller, U. S. Atty., Philip W. Bumer (argued), Asst. U. S. Atty. (Stroops appeal), San Diego, Cal., for appellee.

Before BARNES, ELY and HUFSTEDLER, Circuit Judges.

PER CURIAM:

The judgment of conviction is reversed and the matter remanded with instruction to the District Court to dismiss. Davis v. United States, 382 F.2d 221 (9th Cir. 1967).

**NATIONAL LABOR RELATIONS
BOARD, Petitioner,**

v.

**CUSSINS & FEARN CO., Inc., d/b/a
Buckeye Mart and Fir Shoe
Corporation, Respondent.**

No. 18553.

United States Court of Appeals
Sixth Circuit.

Feb. 18, 1969.

Robertamarie Kiley, N. L. R. B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Elliott Moore, Attorney, N. L. R. B., Washington, D. C., on brief, for petitioner.

Thomas E. Shroyer, Washington, D. C., Shroyer & Denbo, Washington, D. C., of counsel, for respondent.

Before O'SULLIVAN, PECK and COMBS, Circuit Judges.

ORDER.

This cause came on to be heard upon the record on appeal and the briefs and arguments of counsel, and upon due consideration thereof and of the factual situation as set out in the record and the report of the case, 165 NLRB No. 9, it appears to the Court that the findings and order of the Board are supported by substantial evidence on the record as a whole.

Now, therefore, it is ordered that the order of the Board be, and it is, hereby enforced.